FILED ___ ENTERED
____ LOGGED _____ RECEIVED

11:23 am, Jul 29 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.M.____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Dixie Land Oil Company, LLC,
    **Plaintiff**                    *

    v.                                *        Civil No.: 1:24-cv-01262-GLR

Paro, Inc., et al.                *
    **Defendants**
                                  ******

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of Bradley Mills Strickland, Esq. that the Summons and Amended Complaint were properly served upon Defendant Paro, Inc. on June 14, 2024, and that the time for said Defendant to plead or otherwise defend expired on July 8, 2024; and it further appearing that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure, it is

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure,

**ORDERED**, that default for want of answer or other defense by Defendant Paro, Inc. is entered this 29th day of July 2024.

                                            CATHERINE M. STAVLAS, CLERK

                                By:   /s/_____
                                            Rebecca Maldeis, Deputy Clerk